UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE LAGRANGE AND G&S TRUSTEES LIMITED, INDIVIDUALLY AND AS ASSIGNEES OF JAIME FRANKFURT AND JAIME FRANKFURT, LLC<br><br>PLAINTIFFS,<br><br>-AGAINST-<br><br>KNOEDLER GALLERY, LLC D/B/A KNOEDLER & COMPANY, AND ANN FREEDMAN,<br><br>DEFENDANTS. | ECF CASE<br><br>11 Civ. 8757 (PGG) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Ann Freedman, by and through her counsel, Boies, Schiller & Flexner LLP, and upon the accompanying Memorandum of Law and the Declarations of Luke Nikas, Stephen Polcari, and E.A. Carmean Jr., will move this Court, at a date and time to be determined by the Court, for an order dismissing with prejudice the claims against her in Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: May 14, 2012

                                                        BOIES, SCHILLER & FLEXNER LLP

                                                        */s/ Nicholas A. Gravante, Jr.*
                                                        Nicholas A. Gravante, Jr.
                                                        575 Lexington Avenue
                                                        New York, New York 10022
                                                        (212) 446-2300

                                                        Philip J. Iovieno
                                                        Luke Nikas
                                                        Benjamin D. Battles
                                                        10 North Pearl Street
                                                        Albany, New York 12207
                                                        (518) 434-0600

                                                        *Attorneys for Defendant Ann Freedman*