UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE LAGRANGE and G&S TRUSTEES LIMITED,<br><br>Plaintiffs,<br><br>-against-<br><br>KNOEDLER GALLERY, LLC d/b/a, KNOEDLER & COMPANY, and ANN FREEDMAN<br><br>Defendants. | 11-CV-8757 (PGG)<br>ECF CASE |

### DECLARATION OF LUKE NIKAS IN SUPPORT OF DEFENDANT ANN FREEDMAN'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

LUKE NIKAS declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate in the law firm Boies, Schiller & Flexner LLP, attorneys for Defendant Ann Freedman in the above-captioned matter. I make this declaration in support of Freedman's motion to dismiss.

1. Attached hereto as Exhibit A is a true and correct copy of the transcript of the proceeding before this Court from December 12, 2011, in the above-captioned matter.

2. Attached hereto as Exhibit B is a true and correct copy of the transcript of the proceeding before this Court from December 14, 2011, in the above-captioned matter.

3. Attached hereto as Exhibit C is a true and correct copy of the transcript of the proceeding before this Court from December 15, 2011, in the above-captioned matter.

4. Attached hereto as Exhibit D is a true and correct copy of the transcript of the proceeding before this Court from December 16, 2011, in the above-captioned matter.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of May, 2012, at Albany, New York.

_____
Luke Nikas

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record were served by email on May 14, 2012.

>Matthew S. Dontzin
>David A. Fleissig
>Tibor L. Nagy, Jr.
>The Dontzin Law Firm LLP
>6 East 81st Street
>New York, New York 10028
>
>Mark A. Robertson
>Charles D. Schmerler
>Fulbright & Jaworski L.L.P.
>666 Fifth Avenue
>New York, New York 10103

_____
Luke Nikas