IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE LAGRANGE and<br>G&S TRUSTEES LIMITED, individually and<br>as assignees of JAIME FRANKFURT<br>and JAIME FRANKFURT, LLC,<br><br>        *Plaintiffs*,<br><br>-against-<br><br>KNOEDLER GALLERY, LLC, d/b/a<br>KNOEDLER & COMPANY, and ANN<br>FREEDMAN,<br><br>        *Defendants*. | **STIPULATION OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE**<br>**PURSUANT TO F.R.C.P.**<br>**41(a)(1)(A)(ii)**<br><br>11 Civ. 8757 (PGG) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**THE DONTZIN LAW FIRM LLP**

By: _____
Matthew S. Dontzin
Tibor L. Nagy, Jr.
David A. Fleissig
Patrick R. McGee
6 East 81st Street
New York, NY 10028

*Attorneys for Plaintiffs*

**BOIES, SCHILLER & FLEXNER LLP**

_____
Nicholas A. Gravante, Jr.
575 Lexington Avenue
New York, New York 10022
(212) 446-2300

Philip J. Iovieno
Luke Nikas
Benjamin D. Battles
10 North Pearl Street
Albany, New York 12207
(518) 434-0800

*Attorneys for Defendant Ann Freedman*

95768048_1.DOCX

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/12

FULBRIGHT & JAWORSKI L.L.P.

_/s/ Charles D. Schmerler_

Charles D. Schmerler
Mark A. Robertson
India DeCarmine
666 Fifth Avenue
New York, new York  10103-3198
Telephone:  212-318-3000
Facsimile:  212-318-3400
cschmerler@fulbright.com
mrobertson@fulbright.com

Andrius R. Kontrimas
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: 713-651-5151
Facsimile:  713-651-5246
akontrimas@fulbright.com

*Attorneys for Defendant
    Knoedler Gallery, LLC, d/b/a
    Knoedler & Company*

The Clerk of the Court is directed to close this case.

SO ORDERED:

_Paul G. Gardephe_   Oct. 5, 2012